## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: SACR 95-65-LHM |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| Simmons. | RECEIPT FOR RELEASE OF EXHIBITS<br>☒ PERMANENT / ☐ TEMPORARY |
| DEFENDANT(S). | |

The undersigned hereby requests and acknowledges the receipt of the following exhibits upon *(check one)*:
☐ order of court   ☒ notice of destruction from exhibit custodian
☐ expiration of time for appeal   ☐ determination of appeal

**If release is temporary**, exhibits shall be returned to Exhibit Custodian no later than _____.

| Plaintiff | Defendant | Description of Exhibits |
|---|---|---|
| X | | One Box of documents, 1 Folder |
| | | 12 large Boards |
| | | |
| | | |

Date: MAR 14 2008

Name of Receiver: C. Medina (USAO)

Signature of Receiver: [signature]

Street Address: 312 N. Spring St., Room
City, State & Zip Code: Los Angeles, CA. 90012

Telephone Number: _____   I.D. Number: _____

=====================================================================
### Certification of Exhibit Custodian
☐ I have received a copy of the order for the ☐ permanent / ☐ temporary release of exhibits.
☐ I hereby certify this date that I have researched the records of this Court and have determined that the appeal time has passed or a decision of the appeal has been received by this court and the exhibits are eligible for return.

Clerk, U. S. District Court
**ADRIAN DELGADO**

Date: MAR 14 2008
Exhibit Custodian

G-27 (06/98)        RECEIPT FOR RELEASE OF EXHIBITS ☐ PERMANENT / ☐ TEMPORARY